# EXHIBIT A

Evidence of Use Regarding Infringement of U.S. Patent No. 7,532,899

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| 4. A method for providing wireless telecommunication services to mobile devices, the method comprising: | COSTCO WHOLESALE CORPORATION ("Costco" or "Defendant"), using the Costco App ("Accused Products") performs and/or instructs its customers to perform a method according to claim 4.<br><br>**[COSTCO APP]**<br><br><br><br>[Link: https://www.costco.com/f/-/costco-app]<br><br>**[COSTCO APP – APPLE APP STORE]** |

Page |A-1

1

U.S. Patent No. 7,532,899

Page |A-2

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

2

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

Costco is providing "Warehouse Locator" option to the wirelessly connected mobile devices

3

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Link: https://apps.apple.com/us/app/costco/id535509415]<br><br>**[COSTCO APP – IOS VERSION]** |

4

Case 2:26-cv-00265   Document 1-1   Filed 03/31/26   Page 6 of 35 PageID #: 37

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>Costco is providing "Warehouse Locator" option to the wirelessly connected mobile devices<br><br>[Source: Screenshot taken from Costco App, running on iPhone]<br><br>**[COSTCO APP - GOOGLE APP STORE]** |

5

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | |

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Link: https://play.google.com/store/apps/details?id=com.costco.app.android&hl=en_IN]<br><br>**[COSTCO PRIVACY POLICY]** |

7

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | **Precise location information.** Our Online Services will ask for your consent to use your device's precise location. If you do not consent, we will not collect that information, but some Online Services features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the Online Services in your device settings.<br><br>[Link: https://www.costco.com/privacy-policy.html]<br><br>**[ABOUT COSTCO]**<br><br>Company Information<br><br><br><br>What Is Costco?<br>Costco is a membership warehouse club, dedicated to bringing our members the best possible prices on quality brand-name merchandise. With more than 800 locations worldwide, Costco provides a wide selection of merchandise, plus the convenience of specialty departments and exclusive member services, all designed to make your shopping experience a pleasurable one.<br><br>[Link: https://www.costco.com/f/-/company-information]<br><br>**[COSTCO WAREHOUSE TOOLS]** |

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

11

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  [Link: https://www.costco.com/f/-/costco-app] |
| receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories; | Costco, using the Accused Products, performs the step of receiving a command from a user's mobile device to locate points of interest near to a location of the user's mobile device, wherein each of the points of interest are associated with one of two or more different and user-identified point of interest categories.<br><br>For example, when a user search for stores at "Warehouse locator" option of the Costco App, Costco server receives a command to locate stores ("point of interest") near a location of the smartphone ("location of the mobile device") as Costco provides results on list-view with results arranged in ascending order of the distance (means closest is on top of the result set) of the store w.r.t. the current location of the mobile device. |

12

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | Further, each store in the result set, associated with one of categories, of two or more categories selected by the user in the "filters" option.<br><br>**[COSTCO APP – IOS VERSION]**<br><br> |

Case 2:26-cv-00265  Document 1-1  Filed 03/31/26  Page 14 of 35 PageID #: 45

U.S. Patent No. 7,532,899



**COSTCO WHOLESALE CORPORATION**

**Claim 4**

U.S. Patent No. 7,532,899

COSTCO WHOLESALE CORPORATION

Claim 4



| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  [Source: Screenshot taken from Costco App, running on iPhone] **[COSTCO PRIVACY POLICY]** |

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

17

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

Within the right cell:

**Precise location information.** Our Online Services will ask for your consent to use your device's precise location. If you do not consent, we will not collect that information, but some Online Services features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the Online Services in your device settings.

[Link: https://www.costco.com/privacy-policy.html]

**[COSTCO WAREHOUSE TOOLS]**

Case 2:26-cv-00265    Document 1-1    Filed 03/31/26    Page 19 of 35 PageID #: 50

18

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  Warehouse Tools

**Option 1:**

1. Launch the app and tap the Warehouse icon at the bottom of the screen.
2. Select the Warehouse button to view the map of the local warehouses in your surrounding area.
3. Search your city/state or zip to find a nearby warehouse and/or tap the location pin and then tap See Warehouse Details to see warehouse and gas station hours and prices, warehouse special events, and view ancillary business information (tire center, food court, pharmacy, optical department, photo center, hearing aids).
4. Set your home warehouse by tapping location pin on the upper right hand corner in the Warehouse Details tab!

**Option 2:**

1. Launch the app and tap the Warehouse icon at the bottom of the screen.
2. If you already have a saved warehouse it will show up at the top of the Warehouse tap, to change it click on the change button.
3. See nearby warehouse locations using by searching for a city, state, or ZIP code.
4. Click on the warehouse of your choosing and hit Set as My Warehouse to set as your warehouse! |

19

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Link: https://www.costco.com/f/-/costco-app] |
| automatically determining the location of the user's mobile device; | Costco, using the Accused Products, performs the step of automatically determining the location of the user's mobile device.<br><br>For example, Costco automatically determines the precise-location/current-location of the user's smartphone ("mobile device").<br><br>**[COSTCO APP – IOS VERSION]** |

Page |A-20

20

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
|  | <br><br>[Source: Screenshot taken from Costco App, running on iPhone]<br><br>**[COSTCO PRIVACY POLICY]** |

21

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|



Case 2:26-cv-00265   Document 1-1   Filed 03/31/26   Page 23 of 35 PageID #: 54

22

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | **Precise location information.** Our Online Services will ask for your consent to use your device's precise location. If you do not consent, we will not collect that information, but some Online Services features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the Online Services in your device settings. <br><br> [Link: https://www.costco.com/privacy-policy.html] |
| based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device; | Costco, using the Accused Products, performs the step, which, based at least in part on the determined location, automatically providing to the user's mobile device a list of points of interest, wherein the list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories, and wherein the list of points of interest represent points of interest that are geographically closest to the location of the user's mobile device. <br><br> For example, Costco provides a list view of the stores ("list of point of interests") to the user's mobile device on the location of the mobile device (as Costco provide results that are geographically closest to the location of the user's mobile device with details such as distance from current location) after user applies the filters ("point of interest categories"). <br><br> Further, the results ("list") includes stores from the user-identified point of interest categories (filters selected by user such as Optical Department, Pharmacy) and also related to some different categories (some different categories such as Food Court, Tire Service Center). <br><br> **[COSTCO APP – IOS VERSION]** |

23

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

User selected filters

Case 2:26-cv-00265   Document 1-1   Filed 03/31/26   Page 25 of 35 PageID #: 56

U.S. Patent No. 7,532,899

## COSTCO WHOLESALE CORPORATION

**Claim 4**



Closest store ("Point of interest") to the geographical location of the mobile device, as result set are arranged in ascending order of the distance from current location of the mobile device

Page |A-25

U.S. Patent No. 7,532,899

**COSTCO WHOLESALE CORPORATION**

26

**Claim 4**



Case 2:26-cv-00265   Document 1-1   Filed 03/31/26   Page 28 of 35 PageID #: 59

Page |A-27

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | [Source: Screenshot taken from Costco App, running on iPhone] |
| receiving input from the user's mobile device; and | Costco, using the Accused Products, performs the step of receiving input from the user's mobile device.<br><br>For example, Costco receives a user input, when a user zooms out on the map view on the result set presented to the user's mobile device.<br><br>**[COSTCO APP – IOS VERSION]** |

27

U.S. Patent No. 7,532,899

**COSTCO WHOLESALE CORPORATION**

**Claim 4**



User inputs (such as zooming out), for expanding the distance for which Costco showing the results for stores (point of interest).

U.S. Patent No. 7,532,899



## COSTCO WHOLESALE CORPORATION

**Claim 4**

After zooming out on the map view of results, Costco provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city.

[Source: Screenshot taken from Costco App, running on iPhone]

29

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest. | Costco, using the Accused Products, performs the step of providing a next-closer list of points of interest, wherein the next-closer list substantially simultaneously presents at least one point of interest for at least some of the different and user-identified point of interest categories that are geographically next closest to the location of the user's mobile device than points of interest in the list of points of interest.<br><br>For example, After the user zooms out, Costco provides a next-closer list of stores ("point of interest") that almost covers another whole city area/distance. Further, the next-closer results ("list") includes stores which are not presented in the previous results ("list"), and are from the user-identified point of interest categories (filters selected by user such Optical Department, Pharmacy) and also related to some different categories (some different categories such as Food Court, Tire Service Center, Hearing Aids).<br><br>**[COSTCO APP – IOS VERSION]** |

30

U.S. Patent No. 7,532,899

## COSTCO WHOLESALE CORPORATION



User inputs (such as zooming out), for expanding the distance for which Costco showing the results for stores (point of interest).

**Claim 4**

Case 2:26-cv-00265    Document 1-1    Filed 03/31/26    Page 33 of 35 PageID #: 64

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  After zooming out on the map view of results, Costco provides a next-closer list of stores ("points of interests"), which provides a greater number of stores covering broader area/distance that almost covers another city. |

32

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
|  | After user zooms out, map-view of results with next-closer list of stores. User can see the store details by clicking on the location marking of the store, in the map view |

U.S. Patent No. 7,532,899

| Claim 4 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Source: Screenshot taken from Costco App, running on iPhone] |

Page |A-34

34