# EXHIBIT B

Evidence of Use Regarding Infringement of U.S. Patent No. 8,774,834

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| 1. A method for providing wireless telecommunication services, the method comprising: | COSTCO WHOLESALE CORPORATION ("Costco" or "defendant"), using the Costco App ("Accused Products") performs and/or instructs its customers to perform a method according to claim 1.<br><br>The Costco app provides a "warehouse locator" feature to find a warehouse near to a user.<br><br>**[COSTCO APP]**<br><br><br><br>[Link: https://www.costco.com/f/-/costco-app]<br><br>**[COSTCO APP – APPLE APP STORE]** |

Page |B-1

1

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

Page |B-2

2

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

Costco is providing "Warehouse Locator" option to the wirelessly connected mobile devices

3

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| | <br><br>[Link: https://apps.apple.com/us/app/costco/id535509415]<br><br>**[COSTCO APP – IOS VERSION]** |

4

U.S. Patent No. 8,774,834

Page |B-5

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |   Costco is providing "Warehouse Locator" option to the wirelessly connected mobile devices  [Source: Screenshot taken from Costco App, running on iPhone]  **[COSTCO WHOLESALE APP - GOOGLE APP STORE]** |

5

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
| --- | --- |
|  |  |

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | [Link: https://play.google.com/store/apps/details?id=com.costco.app.android&hl=en_IN]<br><br>**[COSTCO PRIVACY POLICY]** |

7

U.S. Patent No. 8,774,834

| Claim 1 |
|---|
|  |

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
|  | **YOUR PRIVACY CHOICES**<br><br>We provide choices about the personal information we collect about you. The choices you make apply only to you and will not apply to household or business affiliate members associated with your membership account.<br><br>**You can stop use of device precise location information.** If you use our mobile apps, we will ask for your consent to use your device's precise location information, and to enable features such as the digital membership card notifications. If you decline to consent to our use of your device's precise location information, we will not collect that information, but some app features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the app in your device settings.<br><br>[Link: https://web.archive.org/web/20241102060554/https://www.costco.com/privacy-policy.html]<br><br>**[ABOUT COSTCO]**<br><br>Company Information<br><br><br><br>**What Is Costco?**<br>Costco is a membership warehouse club, dedicated to bringing our members the best possible prices on quality brand-name merchandise. With more than 800 locations worldwide, Costco provides a wide selection of merchandise, plus the convenience of specialty departments and exclusive member services, all designed to make your shopping experience a pleasurable one.<br><br>[Link: https://www.costco.com/f/-/company-information] |

9

Case 2:26-cv-00265    Document 1-2    Filed 03/31/26    Page 11 of 33 PageID #: 77

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | **[COSTCO WAREHOUSE TOOLS]**<br><br> |

10

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

11

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Link: https://www.costco.com/f/-/costco-app] |
| receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters; | Costco, using the Accused Products, performs the step of receiving, from a mobile device, a request to identify points of interest near a location of the mobile device, wherein the request comprises a plurality of letters.<br><br>For example, when a user search for "Sacramento" ("request includes plurality of letters") at "Warehouse locator" option of the Costco App, Costco server receives a request to identify stores ("point of interest") near a location of the Smartphone ("location of the mobile device").<br><br>[COSTCO APP – IOS VERSION] |

12

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

Case 2:26-cv-00265   Document 1-2   Filed 03/31/26   Page 14 of 33 PageID #:  80

13

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
|  |  |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

[Source: Screenshot taken from Costco App, running on iPhone]

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | **[COSTCO PRIVACY POLICY]**<br><br> |

17

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
|  | **Information we collect automatically.** When you access or use our Services, we collect some information automatically. For example:<br><br>• **Transaction and purchase information.** When you make a purchase or return, or another financial transaction, we collect information about the transaction. This may include, among other things, product details, purchase price, date, tender type, location of the transaction, shipping/delivery details, and payment type and payment authorization. It may also include account notes about the transaction, including information that helps us prevent fraud, misuse of the Services, or illegal activity.<br>• **Identifiers and device information.** When you visit our internet-based Services or use our apps, our web servers automatically log your Internet Protocol (IP) address and information about your device, including unique device identifiers (such as MAC address); device type; your device's operating system and version; browser type and language; other software settings and configurations; and mobile network information. As further described in the Cookies, Mobile IDs, and Similar Technologies section below, our websites, apps, and other online services store and retrieve digital tracking information through cookies, mobile IDs, and other means .<br>• **Geolocation information.** We may collect or infer information about your approximate or precise location when you access or use the Services, visit our warehouses or services centers, or turn on Bluetooth, Wi-Fi or other geolocation functionality on your device.<br>• **Guest Wireless Access.** When you connect to guest wireless internet service provided at our locations, we automatically log your activity on that connection, including time, date, and duration of your connection and information that identifies your device. We use this information to protect our networks and to detect potential unauthorized activities.<br><br>**YOUR PRIVACY CHOICES**<br><br>We provide choices about the personal information we collect about you. The choices you make apply only to you and will not apply to household or business affiliate members associated with your membership account.<br><br>**You can stop use of device precise location information.** If you use our mobile apps, we will ask for your consent to use your device's precise location information, and to enable features such as the digital membership card notifications. If you decline to consent to our use of your device's precise location information, we will not collect that information, but some app features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the app in your device settings.<br><br>[Link: https://web.archive.org/web/20241102060554/https://www.costco.com/privacy-policy.html]<br><br>**[COSTCO WAREHOUSE TOOLS]** |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

19

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
|  | <br><br>Option 2:<br><br>1. Launch the app and tap the Warehouse icon at the bottom of the screen.<br><br>2. If you already have a saved warehouse it will show up at the top of the Warehouse tap, to change it click on the change button.<br><br>3. See nearby warehouse locations using by searching for a city, state, or ZIP code.<br><br>4. Click on the warehouse of your choosing and hit Set as My Warehouse to set as your warehouse! |

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Link: https://www.costco.com/f/-/costco-app] |
| determining the location of the mobile device; | Costco, using the Accused Products, performs the step of determining the location of the mobile device.<br><br>For example, Costco determines the precise-location/current location of the user's smartphone ("mobile device").<br><br>**[COSTCO APP – IOS VERSION]** |

21

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
|  | <br><br>[Source: Screenshot taken from Costco App, running on iPhone]<br><br>[COSTCO PRIVACY POLICY] |

Page |B-22

22

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| |  |

Page |B-23

23

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | **YOUR PRIVACY CHOICES**<br><br>We provide choices about the personal information we collect about you. The choices you make apply only to you and will not apply to household or business affiliate members associated with your membership account.<br><br>**You can stop use of device precise location information.** If you use our mobile apps, we will ask for your consent to use your device's precise location information, and to enable features such as the digital membership card notifications. If you decline to consent to our use of your device's precise location information, we will not collect that information, but some app features may not work. You can withdraw your consent for use of precise location at any time by turning off the precise location feature for the app in your device settings.<br><br>[Link: https://web.archive.org/web/20241102060554/https://www.costco.com/privacy-policy.html] |
| determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters; transmitting the name of the point of interest to the mobile device; | Costco, using the Accused Products, performs the step of determining a point of interest having a name comprising a first portion, the first portion comprising the plurality of letters; transmitting the name of the point of interest to the mobile device;<br><br>For example, Costco determines "Sacramento," "Sacramento Bus Ctr," and "Cal Expo Sacramento" ("point of interest") having a name which include "Sacramento" ("Plurality of Letters"). Further, Costco provides a map view of the stores, where location of store is marked on map view & basic information (name, address, store timing, distance, etc.) displayed to the user's mobile device.<br><br>**[COSTCO APP – IOS VERSION]** |

U.S. Patent No. 8,774,834

## COSTCO WHOLESALE CORPORATION

Point of Interests (stores) determined by the Costco app, in response to the user's query (including plurality of letters), where location of the point of interests are marked in the map view, and user can select these stores (point of interests)



**Claim 1**

U.S. Patent No. 8,774,834

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| | <br><br>[Source: Screenshot taken from Costco App, running on iPhone] |
| receiving, from the mobile device, an indication of a selection of the name | Costco, using the Accused Products, performs the step of receiving, from the mobile device, an indication of a selection of the name of the point of interest.<br><br>For example, when a user clicks on the name of the Store ("Point of interest"), Costco receives an indication of selection of that store to further provide details of that store. |

26

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| of the point of interest; | **[COSTCO APP – IOS VERSION]**  User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---------|------------------------------|
| |  [Source: Screenshot taken from Costco App, running on iPhone] |

| Claim 1 | COSTCO WHOLESALE CORPORATION |
|---|---|
| determining point of interest data associated with the point of interest; and transmitting the point of interest data associated with the point of interest to the mobile device. | Costco, using the Accused Products, performs the step of determining point of interest data associated with the point of interest, and transmitting the point of interest data associated with the point of interest to the mobile device.<br><br>For example, After the selection of a specific store by the user, Costco provides additional information such as phone no., service hours, services available at store etc. ("point of interest data") of that store to the user's mobile device. Additionally, user can select any store from the map view to see the store information. **[COSTCO APP – IOS VERSION]**<br><br>User can select the store (by clicking on the store location indication in the map view) to see further details of the store |

U.S. Patent No. 8,774,834

**COSTCO WHOLESALE CORPORATION**

**Claim 1**



point of interest data (store details) associated with the point of interest

U.S. Patent No. 8,774,834



[Source: Screenshot taken from Costco App, running on iPhone]